**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CALVIN O'NEIL JACKSON,
*Petitioner-Appellant*,

v.

STATE OF NEVADA; BRIAN SANDOVAL; ROBERT LEGRAND, WARDEN,
*Respondents-Appellees*.

No. 09-17239

D.C. No.
3:03-cv-00257-
RLH-RAM

ORDER

On Remand from the United States Supreme Court

Filed July 25, 2013

Before: Alfred T. Goodwin, Stephen Reinhardt,
and Mary H. Murguia, Circuit Judges.

---

## ORDER

PER CURIAM:

In accordance with the Supreme Court's opinion of June 3, 2013 as well as the resulting judgment, the district court's denial of Jackson's habeas petition is

**AFFIRMED.**